

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

February 20, 2018

**- Via Electronic Case Filing -**

Honorable Elizabeth S. Stong
United States Bankruptcy Court for the
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

      Re:    In re Brizinova, et al., Case No. 12-42935 (ESS)
              <u>Geltzer as Trustee v. Zlata Soshkin, Adv. Pro. No. 17-01157 (ESS)</u>

Dear Judge Stong:

      This letter shall serve to confirm our phone conversation with Your Honor's Courtroom Deputy Sheree Jackson that the Court is permitting the Chapter 7 Trustee Robert L. Geltzer, and the undersigned as the Trustee's counsel in the above-referenced adversary proceeding, to appear by phone through Court Call for the conference on the defendant's motion to dismiss and the pre-trial conference in the adversary proceeding scheduled for this Thursday, February 22, 2018 at 11:00 a.m.

      We thank Your Honor for your time and courtesies respecting this matter.

                          Respectfully submitted,

                          Robert A. Wolf

cc:  Robert L. Geltzer, Esq. (by email)
      Karamvir Dahiya, Esq. (by email)