# DAHIYA LAW OFFICES LLC
*Attorneys*
75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000  Fax: 212 766 8001
karam@legalpundit.com

January 20, 2020

Via Email and ECF
Honorable Elizabeth S. Stong
United States Bankruptcy Court for the
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

> In re: Cancellation of Mediation Order, Brizinova, et al., Case No. 12-42935 (ESS)' *Geltzer v. Soshkin.* Adv. Proc. No. 17-01157 (ESS) **(Mediation)**

Your Honor,

You were pleased to refer the aforesaid matter for mediation on October 8, 2019, Hon. Nancy H. Lord as the mediator. I request you to kindly rescind the order of mediation referral. My clients do not consent to the said mediation.

Your Honor, in all fairness, I had not consulted with my clients, the Brizinova family before consenting to it. Yesterday, while talking to my clients, I was admonished by my clients that I do not have their consent for mediation and that the case should proceed only with you. I am attaching the two emails from husband and wife, Nick Soshkin and Ms. Zlata Soshkin respectively.

Wherefore, pursuant to EDNY Bankruptcy Local Rule 9019-1 (g), I request that the mediation be cancelled, and the entire motion be brought back for judicial adjudication. Thank you for your consideration.

Yours Sincerely,

/s/_____
Karamvir Dahiya for the Debtors and
daughter in law, Ms. Zlata Soshkin the
defendant herein.