**Subject:** Case
**From:** zlata0812@gmail.com
**Date:** 1/19/2020, 8:26 PM
**To:** KARAMVIR DAHIYA <karam@legalpundit.com>, Karam Vir Dahiya <karam@dahiya.law>

Mr Karamvir,
I am shocked about the fact that case was sent out to the mediation. You do not have my permission. My family suffered a lot, this must stopped! Please bring this case back to the judge. We want to write the complaint to the head of the trustee for harassing our family and blackmailing us. We want the judge to decide the case. We are not interesting in settlement. Why do we settle if we are honest?
Our family lives have being destroyed by this trustee. He had filed the lawsuits against everyone. There must be someone to stop him.
Please help us. We hired your for justice.
Thank you!! Zlata Soshkin

Sent from my iPhone