**Subject:** Soshkin Case
**From:** nick soshkin <xishnik19@yahoo.com>
**Date:** 1/19/2020, 10:08 PM
**To:** "karam@legalpundit.com" <karam@legalpundit.com>, "karam@dahiya.law" <karam@dahiya.law>

Mr Karamvir,

My wife informed me about recent events.  I'm speechless.  I can't find words to describe my outrage.  I'm not giving you my permission to proceed with mediation.   Please bring this case back to the judge.

Thank you
Nick Soshkin