

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Robert A. Wolf, Partner
Email: rwolf@tarterkrinsky.com
Phone: (212) 216-1159

May 26, 2020

**-Via Electronic Case Filing and Email-**

Honorable Elizabeth S. Stong
United States Bankruptcy Court for the
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Geltzer as Trustee v. Zlata Soshkin, Adv. Proc. No. 17-01157 (ESS)</u>

Dear Judge Stong:

Our firm is Special Counsel to Robert L. Geltzer, the Plaintiff-Trustee in the above-referenced adversary proceeding. As Your Honor knows, we have requested an adjournment of the status conference therein scheduled for Wednesday, May 27, 2020. In the event the conference is not adjourned, the undersigned, Robert A. Wolf, Esq., rwolf@tarterkrinsky.com, will be appearing telephonically as the Trustee's counsel, as will the Trustee Robert L. Geltzer.

Respectfully submitted,

/s/ Robert A. Wolf

Robert A. Wolf

RAW:js